1 | LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
2 | **LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
3 | CHICO, CA. 95926
Telephone:  (530) 895-3252
4 | Facsimile:   (530) 894-8244

5 | Attorneys for Plaintiff

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT

10

| ALEX MARAVILLA, | No. CIV.S.05-1739 MCE JFM |
|---|---|
11 |  |  |
| Plaintiffs, | **EX PARTE APPLICATION TO FILE A** |
12 |  | **SECOND AMENDED** |
| vs. | **COMPLAINT AND ORDER** |
13 |  | **THEREON** |
14 | CHUL Y. KIM dba FOSTER FREEZE, |  |
15 |  |  |
| Defendants. |  |
16 |  |  |

17 | TO THE COURT AND ALL PARTIES:

18 |        Plaintiff, ALEX MARAVILLA, requests the Court allow a Second Amended

19

20 | Complaint be filed, to include the current owners and operators of the subject

21 | property in this case.

22 |        Plaintiff has recently learned that defendant CHUL Y. KIM dba FOSTER

23 | FREEZE is the correct property owner in the subject property. Plaintiff amended

24 | his complaint to reflect the correct property owner, but a clerical error in the body

25

26 | of the First Amended Complaint improperly named the current owner on page 2

27 | of the complaint.

28 | ///

.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This request to amend the complaint is being made ex parte, as the

summons has not been issued and no defendants have been served.

Plaintiff hereby requests that he be allowed to file a Second Amended

Complaint to correct the clerical error and name the proper parties to the

complaint. A proposed Second Amended Complaint is attached hereto as Exhibit

A.

Dated: September 9, 2005          LAW OFFICES OF LYNN HUBBARD, III


 /s/ Lynn Hubbard, Esquire                        /
LYNN HUBBARD, III
Attorney for Plaintiff


Plaintiff's request to correct the clerical error and name the proper parties
through the filing of a Second Amended Complaint is Granted. Plaintiff shall file
and serve such complaint with in ten (10) days from the date the order is
entered.


IT IS SO ORDERED


Dated: September 14, 2005

_____
 MORRISON C. ENGLAND, JR.
 UNITED STATES DISTRICT JUDGE

.