1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J. HUBBARD, IV, SBN 212970
   **LAW OFFICES OF LYNN HUBBARD**
3  12 WILLIAMSBURG LANE
   CHICO, CA 95926
4  Telephone:   (530) 895-3252
5  Facsimile:   (530) 894-8244

6  Attorney for Plaintiff

7

8              THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  ALEX MARAVILLA,                    )
                                        )  No: CIV.S-05-1739 MCE JFM
13         Plaintiff,                   )
                                        )
14         vs.                          )  **REQUEST FOR DISMISSAL AND**
                                        )  **ORDER THEREON**
15                                      )
    KIM CHANG GON AND SOON HEE DBA     )
16  FOSTER FREEZE; CHUL Y. KIM dba     )
    FOSTER  FREEZE,                     )
17                                      )
           Defendants.                  )
18                                      )
                                        )
19                                      )

20
         The parties, subject to approval of the Court, stipulate as follows:
21
         1. Defendant KIM CHANG GON AND SOON HEE DBA FOSTER
22
   FREEZE shall be dismissed from the above entitled action, without prejudice.
23
         2. Nothing in this Request for Dismissal shall be construed to affect
24
25 plaintiff's complaint and claims in the above-referenced case against defendants

26
27 ///

28

other than defendant KIM CHANG GON AND SOON HEE DBA FOSTER FREEZE.

Dated: September 7, 2005          LAW OFFICES OF LYNN HUBBARD

 /s/ Lynn Hubbard, Esquire          /
LYNN HUBBARD, III
Attorney for Plaintiff

IT IS SO ORDERED:

DATE:  September 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE