```
1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN, 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MARAVILLA, | Case No. CIV. S–05-1739 MCE JFM |
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |
| KIM CHANG GON and SOON HEE dba FOSTER FREEZE; CHUL Y. KIM dba FOSTER FREEZE, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that plaintiff ALEX MARAVILLA hereby substitutes himself Pro Se as attorney of record in place of Lynn Hubbard, III. Plaintiff's mailing address is 1013 W. 8th Avenue, Chico, CA 95926.

I consent to this substitution.

Dated: December ___, 2005         _____
                                   ALEX MARAVILLA

///

///

///

///

- 1 -

1 | I consent to this substitution.
2 | Dated: December ___, 2005            LAW OFFICES OF LYNN HUBBARD
3
4 |                                      _____
   |                                      LYNN HUBBARD, III
   |                                      Attorneys for Plaintiff
5 | I accept this substitution.
6 | Dated: December ____, 2005           _____
   |                                      ALEX MARAVILLA
7 |                                      Pro Se
8
9 | IT IS SO ORDERED.
10| Dated: December 28, 2005
11
12
13|                                      _____
   |                                      MORRISON C. ENGLAND, JR
   |                                      UNITED STATES DISTRICT JUDGE