IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX MARAVILLA,

        Plaintiff,                No. CIV S-05-1739 MCE JFM PS

    vs.

CHUL Y. KIM dba FOSTER FREEZE,

        Defendants.           <u>ORDER</u>

_____/

        Counsel for defendants has informed the court that the parties have settled the above-captioned case, and has represented that the documents disposing of the case will be filed no later than March 24, 2006. The court now orders that the dispositional documents be filed no later than that date.

        All hearing dates currently set in this matter are hereby vacated.

        Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

DATED: February 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; maravilla.045