Sara B. Allman, Esq., CSB #107932
Steven A. Nielsen, Esq., CSB #133864
■ ALLMAN & NIELSEN ■
A Professional Corporation
100 Larkspur Landing Circle, Suite 212
Larkspur, CA  94939
Telephone:    (415) 461-2700
Facsimile:     (415) 461-2726

Attorneys for Defendant
CHUL Y. KIM dba FOSTER FREEZE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Courthouse]

| | |
|---|---|
| ALEX MARAVILLA, | Case No.: 2:05-CV-01739-MCE-JFM PS |
| Plaintiff, | STIPULATION OF DISMISSAL AND ORDER THEREON |
| vs. | |
| CHUL Y. KIM dba FOSTER FREEZE, | |
| Defendant. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).  Outside of the terms of the Settlement Agreement and Mutual Release ("Agreement"), each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See *Kokonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

PDF created with pdfFactory trial version www.pdffactory.com

Therefore, IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff in Pro Per and defendant through his designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: _____                    Plaintiff in Pro Per

                                            By: _____
                                            Alex Maravilla
                                            Plaintiff in Pro Per

Dated:  March 3, 2006                       Respectfully Submitted,

                                            ALLMAN & NIELSEN, P.C.


                                            By: _____
                                            Sara B. Allman, Esq.
                                            Attorneys for Defendant
                                            CHUL Y. KIM dba FOSTER FREEZE

-2-

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Mutual Settlement Agreement and Release should such enforcement be necessary.

Dated: March 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com